FRANK CARACCIA v. CHARLES SCHOENBERG and LENA SCHOENBERG.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

WALLACE, BURTON & DAVIS CO., INC., Appellant, v. BACON & TRUBENBACH, INC., Defendant, Impleaded with HAXTON CANNING COMPANY, INC., Respondent. — Action for damages for breach of contract to deliver a certain quantity of canned peas at a specified price. Order granting motion of defendant-respondent for judgment on the pleadings under rule 112 of the Rules of Civil Practice, and the judgment entered thereon, and order directing entry of judgment dismissing complaint in favor of defendant-respondent and severing the action unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ABRAHAM SONKEN and SAMUEL CARR, Copartners, etc., Respondents, v. LOUIS GOLDSTEIN and FANNY GOLDSTEIN, Appellants, Impleaded with Another, Defendant.— Judgment declaring fraudulent two certain deeds of real property made by defendant Louis Goldstein to defendant Fanny Goldstein, and directing cancellation of said deeds, and bringing up for review order denying motion of defendants-appellants to set aside judgment in favor of plaintiffs and for dismissal of the complaint, and also order granting plaintiffs' motion to reopen trial for the purpose of introducing additional proof, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

LORETTA M. TRAINOR, as Executrix, etc., of EDMUND T. TRAINOR, Deceased, and JANET TRAINOR, an Infant, by LORETTA M. TRAINOR, Her Guardian ad Litem, Appellants, v. THE BANK FOR SAVINGS IN THE CITY OF NEW YORK and Others, Defendants, Impleaded with FRANCIS J. TRAINOR and Another, as Administrators, etc., of THOMAS J. TRAINOR, Deceased, Respondents.— Action to recover moneys and bonds representing deposits in defendant banks in the name of Thomas J. Trainor, deceased, which Edmund T. Trainor, deceased, the original plaintiff, claimed as gifts *causa mortis.* Judgment dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THEODORE J. SERVISS, as Receiver of the Property of JOSEPH KATZ, Appellant, v. MERCANTILE BANK AND TRUST COMPANY, Respondent.— Action to recover $802.12 alleged in the complaint to have been misappropriated by defendant out of the deposit account of plaintiff. Determination of Appellate Term affirming an order of the City Court of the City of New York, Bronx County, denying plaintiff's motion to strike out defense in supplemental answer as insufficient, affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; Glennon, J., dissents and votes to reverse and grant motion to strike out defense.